LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone   (415) 646-7160
Facsimile   (415) 981-1270

Attorneys for Plaintiff

E-filing

**FILED**

MAY 0 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRESTON DICKERSON,

   Plaintiff,

vs.

ASTRAZENECA PHARMACEUTICALS, L.P., et al.

   Defendants.

Case No. C 06 0675 BZ MJJ

**NOTICE OF VOLUNTARY DISMISSAL**

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: May 1, 2006

LEVIN SIMES KAISER & GORNICK LLP

_____
Dennis J. Canty
Attorneys for Plaintiff

IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
5/2/2006
DATE

VOLUNTARY DISMISSAL

PAGE 1